Curtis V. Rodriguez, Esq.   SBN 113198
95 So. Market Street, Suite 300
San Jose, CA 95113
Tel: (408) 838-1539
Fax: (408) 995-3202
Attorneys for Defendant
JOSE BUSTOS-VARGAS

FILED

MAY 11 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>    Plaintiff,<br>vs.<br><br>JOSE BUSTOS-VARGAS,<br><br>    Defendants. | CASE NO. 1:09-cr-00272 AWI<br><br>(PROPOSED) COURT ORDER TO CONTINUE SENTENCING DATE |

IT IS HEREBY ORDERED AND GOOD CAUSE APPEARING, based upon the stipulation of the parties, the COURT grants the defendant Jose Bustos-Vargas' request to vacate the sentencing hearing date of May 14, 2012.

IT IF FURTHER ORDERED that the matter be set for sentencing on June 18, 2012 at 1:30 p.m.

Dated: 5-11-12                                  _____
                                                                HON. JUDGE ANTHONY W. ISHI
                                                                UNITED STATE DISTRICT COURT