1  Curtis V. Rodriguez, Esq.  SBN 113198
   95 So. Market Street, Suite 300
2  San Jose, CA 95113
   Tel:  (408) 838-1539
3  Fax: (408) 995-3202
   Attorneys for Defendant
4  JOSE BUSTOS-VARGAS

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 EASTERN  DISTRICT OF CALIFORNIA

10                        FRESNO DIVISION

11

   UNITED STATE OF AMERICA,          )    CASE NO. 1:09-cr-00272 AWI
12                                    )
            Plaintiff,                )
13       vs.                          )    ORDER TO CONTINUE
                                      )    SENTENCING DATE
14  JOSE BUSTOS-VARGAS,               )
                                      )
15          Defendants.               )
                                      )
16                                    )
                                      )
17                                    )
                                      )
18  _____ )

19       IT IS HEREBY ORDERED AND GOOD CAUSE APPEARING, based

20  upon the stipulation of the parties, the COURT grants the defendant Jose Bustos-

21  Vargas' request to vacate the sentencing hearing date of July 30, 2012.

22       IT IS FURTHER ORDERED that the matter be set for sentencing on

23  August 27, 2012 at 1:30 p.m.

24  IT IS SO ORDERED.

25

26  Dated:   July 26, 2012
                          CHIEF UNITED STATES DISTRICT JUDGE

27

28